UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16cv01263SNLJ |
| ) | |
| APPROXIMATELY THIRTY ) | |
| THOUSAND DOLLARS U.S. ) | |
| CURRENCY, et al. ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the government's motion to compel claimant Vladimir Shamis to answer the government's Special Interrogatories. The government served the Special Interrogatories on August 31, 2017 and again on November 5, 2018. The most recently served interrogatories were due to be answered by December 10, 2018, but claimant has not responded. The government filed its motion to compel a response on January 29, 2019. Claimant has not responded to the motion, and the time for doing so has passed. The motion will be granted. Should claimant fail to comply with this Order, the Claimant's claim and answer may be stricken.

Accordingly,

IT IS HEREBY ORDERED that the government's motion to compel (#36) is GRANTED.

IT IS FURTHER ORDERED that claimant Vladimir Shamis shall answer the government's Special Interrogatories by March 29, 2019.

Dated this  14th   day of March, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE